cal_ers_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VANCE HILDERMAN, an individual; HIGHRELY, INC., a Delaware corp. | ) ) ) | Civil No.05cv1049 BTM(AJB) |
| Plaintiff, | ) ) | Order Denying as Moot Defendants/Counter-Claimants |
| v. | ) ) | Motion to Compel |
| ENEA TEKSCI, INC. dba, ENEA EMBEDDED TECHNOLOGY | ) ) ) | [Doc. No. 65] |
| Defendants. | ) ) | |
| and related counter claims. | ) ) | |

Defendants/Counter-claimants filed a Motion to Compel and request for attorney fees incurred in bringing the instant motion under Rule 37(a)(4).  Fed. R. Civ. Proc. 37(a)(4). Plaintiff/Counter-defendants filed an Opposition and Defendants/Counter-claimants filed a Reply. The hearing set for 3:30 p.m. on April 27, 2007 before Judge Battaglia, is vacated.  As a result of the parties contacting and informing the Court that they have stipulated to a resolution of the discovery dispute, the Court hereby DENIES AS MOOT Defendants/Counter-claimants motion, Doc. No. 65.

IT IS SO ORDERED.

DATED:  May 1, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1