Adron W. Beene SB# 129040
Attorney At Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

*Attorney for Defendant/Counterclaimant/Third-Party Plaintiff, Enea TekSci, Inc. d/b/a ENEA Embedded Technology, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE HILDERMAN, an individual; HIGHRELY, INC., a Delaware corporation, | Case No. 05CV1049-BTM (AJB) |
| Plaintiff, | **ENEA TEKSCI, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' COMPLAINT** |
| v. | |
| ENEA TEKSCI, INC. dba ENEA EMBEDDED TECHNOLOGY, | |
| Defendants. | Date:  August 3, 2007<br>Time:  11:00 a.m. |
| ENEA TEKSCI, INC. dba ENEA EMBEDDED TECHNOLOGY, a Washington corporation, | Courtroom: 15<br>Judge: The Hon. Barry Ted Moskowitz<br>Complaint Filed: May 16, 2005 |
| Counterclaimant and Third-Party Plaintiff, | [No Oral Argument Unless Requested By Court] |
| v. | |
| VANCE HILDERMAN, an individual and resident of California; and HIGHRELY, INC., a Delaware corporation, | |
| Counterdefendants, | |
| and | |
| MOHAMMED TURAJ (TONY) BAGHAI and LEILA HOSSEINIZADEH, husband and wife and residents of Arizona, | |
| Third-Party Defendants. | |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 3, 2007 at 11:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom 15, of the above-entitled court, before the Honorable Barry T. Moskowitz, Defendant and Counterclaimant, ENEA TEKSCI, INC. ("ENEA") will move this Court for an order granting summary judgment in favor of ENEA on the Plaintiffs Vance Hilderman and HighRely, Inc.'s Complaint in this action.

This motion is made pursuant to Fed.R.Civ.P. Rule 56 seeking judgment against Vance Hilderman and HighRely, Inc.'s COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT AND INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE AND CONTRACTUAL RELATIONS.

This Motion is based on plaintiffs' complaint, the Enea's Memorandum of Points and Authorities, Enea's Separate Statement of Undisputed Facts, the exhibits and evidence provided with the motion, the Declaration of Victoria Barrett, and the Declaration of Adron W. Beene.

To the extent the Court is unable to grant summary judgment on the whole compliant or any separate claim, Enea requests an order pursuant to Fed.R.Civ.P. Rule 56 (d) specifying which facts are without substantial controversy.

**Respectfully submitted:**

DATED:  6/21/2007                                   Law Offices of Adron W. Beene

/s/ Adron Beene

_____

Adron W. Beene, Attorney for ENEA TEKSCI, INC.