# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE HILDERMAN, an individual; HIGHRELY, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ENEA TEKSCI, INC. dba ENEA EMBEDDED TECHNOLOGY,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTER CLAIMS | **Civil Case No. 05CV1049-BTM (AJB)**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH RESERVATION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**Judge: Hon. Barry Ted Moskowitz** |

　　　The parties have jointly requested that the Court dismiss the entire action with prejudice, while reserving jurisdiction to enforce the settlement agreement between the parties. The parties state that the entire case has been settled pursuant to a Settlement Agreement and Mutual Release with an effective date of June 18, 2010 ("Settlement Agreement"). Parties to an action may request that the court retain jurisdiction to enforce a settlement agreement. *See Hagestad v. Tragesser*, 49 F.3d 1430 (9th Cir. 1995). Since it would be economical for this Court to retain jurisdiction so that a breach of the Settlement Agreement would not require a new litigation, the Court retains jurisdiction to enforce the Settlement Agreement. All parties are ordered to comply with the terms of the Settlement Agreement.

**Order Granting Joint Motion to Dismiss**

1041824v1

1  Upon the Agreement of all parties, the entire action is dismissed with prejudice pursuant
2  to Fed. R. Civ. P. 41 (a)(2).  Each party shall pay its own costs and attorneys fees.
3
4  **SO ORDERED.**
5
6  DATED: June 28, 2010
7  Hon. Barry Ted Moskowitz
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 –

**Order Granting Joint Motion to Dismiss**

1041824v1